Thomas R. Califano
William E. Curtin
Shafaq Hasan
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
Email: tom.califano@sidley.com
    wcurtin@sidley.com
    shafaq.hasan@sidley.com

Jackson T. Garvey
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (212) 853-7036
Email: jgarvey@sidley.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AMSTERDAM HOUSE CONTINUING CARE RETIREMENT COMMUNITY, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-71095 (AST) |

**NOTICE OF COMMENCEMENT OF CHAPTER 11**
**CASE AND HEARING TO CONSIDER "FIRST DAY" MOTIONS**

    **PLEASE TAKE NOTICE** that, on June 14, 2021, Amsterdam House Continuing Care Retirement Community, Inc. (the "Debtor"), filed a voluntary petition for reorganization under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Court").

    **PLEASE TAKE FURTHER NOTICE THAT A TELEPHONIC HEARING HAS BEEN SCHEDULED FOR JUNE 16, 2021 AT 9:30 A.M BEFORE THE HONORABLE ALAN S. TRUST, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK USING THE DIAL IN NUMBER 888-808-6929 AND ACCESS CODE 2181522**, (the "Hearing"), and may be adjourned from time to time without further notice other than an announcement at the Hearing, to consider the following motions (collectively, the "Motions"):

    1.    Debtor's Emergency Application for Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtor Effective as of the Petition Date [Dkt. 3] (the "KCC Retention Application");

2. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming the Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Dkt. 4] (the "Utilities Motion");

3. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (a) Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, Prepetition Payroll Taxes, and Other Obligations, (b) Maintain Compensation and Benefits Programs, and Pay Related Administrative Obligations, and (c) Make Payroll Deductions, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Dkt. 5] (the "Employee Wages Motion");

4. Debtor's Emergency Motion for Entry of an Interim and Final Order (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Dkt. 6] (the "Tax Motion");

5. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (a) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (b) Renew, Revise, Extend, Supplement, Change or Enter into New Insurance Policies, and (II) Granting Certain Related Relief [Dkt. 7] (the "Insurance Motion");

6. Debtor's Emergency Motion for Entry of an Order Authorizing the Implementation of Procedures to Maintain and Protect Confidential Resident Information [Dkt. 8] (the "Resident Confidentiality Motion");

7. Debtor's Emergency Motion for Entry of an Order Authorizing Debtor to Continue Escrowing and Refunding Entrance Fees in the Ordinary Course of Business [Dkt. 9] (the "Escrow Motion");

8. Emergency Motion for Entry of Interim and Final Orders Authorizing (I) Continued Use of the Debtor's Existing Cash Management System, (II) Maintenance of Its Existing Bank Accounts, (III) Continued Use of Its Existing Business Forms, and (IV) a Waiver of Certain Deposit and Investment Requirements in 11 U.S.C. § 345(b) and the UST Guidelines [Dkt. 10] (the "Cash Management Motion");

9. Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing the Debtor to Use the Cash Collateral of UMB Bank, N.A., as 2014 Bond Trustee; (II) Providing UMB Bank, N.A., as 2014 Bond Trustee, Adequate Protection; and (III) Modifying the Automatic Stay [Dkt. 11] (the "Cash Collateral Motion");

10. Debtor's Emergency Motion for Entry of an Order Pursuant to Section 333(a)

    of Bankruptcy Code and Bankruptcy Rule 2007.2 (I)Waiving the Appointment of Patient Care Ombudsman and (II) Allowing Debtor to Self-Report [Dkt. 12] (the "Ombudsman Waiver Motion");

11. Debtor's Emergency Motion for Entry of an Order Authorizing the Debtor to Assume the Plan Support Agreement [Dkt. 13] (the "PSA Assumption Motion");

12. Emergency Motion for Entry of an Order Establishing Certain Notice, Case Management and Administration Procedures and Omnibus Hearing Dates [Dkt. 14] (the "Case Management Motion"); and

13. Debtor's Emergency Application for an Order (a) Establishing Bar Dates Pursuant to Bankruptcy Rule 3003(c) and (b) Approving Form and Manner of Notice Thereof [Dkt. 15] (the "Claims Bar Date Application").

**PLEASE TAKE FURTHER NOTICE** that all parties should email the Courtroom Deputy at: ast_hearings@nyeb.uscourts.gov in advance of the scheduled hearing to identify the parties that will appear. All attorneys must also identify the party the attorney represents.

**PLEASE TAKE FURTHER NOTICE** that a copy of each of the Motions may be obtained by either: (i) accessing the website established by the Debtor's noticing and claims agent Kurtzman Carson Consultants at www.kccllc.net/harborside; (ii) accessing the Court's website at www.nyeb.uscourts.gov, or (iii) contacting the Office of the Clerk of the Court at Central Islip, New York. A PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the following is the case number and federal tax identification number for the Debtor:

| Name of Debtor | Case Number | Tax Identification No. |
| --- | --- | --- |
| Amsterdam House Continuing Care Retirement Community, Inc. | 21-71095 (AST) | 11-3711764 |

| | |
|---|---|
| Dated: June 15, 2021<br>New York, New York | **SIDLEY AUSTIN LLP**<br><br>/s/ *Thomas R. Califano*<br>Thomas R. Califano<br>William E. Curtin<br>Shafaq Hasan<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br>Email: tom.califano@sidley.com<br>        wcurtin@sidley.com<br>        shafaq.hasan@sidley.com<br><br>– and –<br><br>Jackson T. Garvey<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>Fax: (212) 853-7036<br>Email: jgarvey@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION |