Thomas R. Califano
William E. Curtin
Shafaq Hasan
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
Email: tom.califano@sidley.com
      wcurtin@sidley.com
      shafaq.hasan@sidley.com

Jackson T. Garvey
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: jgarvey@sidley.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AMSTERDAM HOUSE CONTINUING CARE RETIREMENT COMMUNITY, INC.,[1]<br>aka The Amsterdam at Harborside<br>aka The Harborside<br>aka Harborside Legacy Fund<br>aka Harborside Legacy Foundation,<br><br>             Debtor. | Chapter 11<br><br>Case No.  21-71095 (AST) |

**AGENDA FOR JUNE 23, 2021 HEARING**

| | |
|---|---|
| Time and Date of Hearing: | June 23, 2021 at 9:30 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Alan S. Trust<br>United States Bankruptcy Court for the Eastern District of New York<br>Video Conference Link [Docket No. 40]:<br>https://www.zoomgov.com/j/16177601614?pwd=Z2dQekJPVml5TGYvUU52cFFKaEIyZz09 |
| Copies of Motions: | A copy of each pleading can be viewed by either (i) accessing the website established by Kurtzman Carlson Consultants LLC, the Debtor's notice and claims agent, at |

---

[1] The last four digits of the Debtor's federal tax identification number are 1764.  The Debtor's mailing address is 300 East Overlook, Port Washington, New York 11050.

http://www.kccllc.net/harborside or (ii) accessing the Court's website at www.nyeb.uscourts.gov.

## I. **Matters To Be Heard**:

1. **Utilities Motion**. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming the Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 4]

   Status: An interim order granting the Utilities Motion was entered at Docket No. 38. A proposed second interim order will be presented to the Court. This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be presented to the Court.

   Objections: None.

2. **Employee Wages Motion**. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (a) Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, Prepetition Payroll Taxes, and Other Obligations, (b) Maintain Compensation and Benefits Programs, and Pay Related Administrative Obligations, and (c) Make Payroll Deductions, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Docket No. 5]

   Status: An interim order granting the Employee Wages Motion was entered at Docket No. 41. A proposed second interim order will be presented to the Court. This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be presented to the Court.

   Objections: None.

3. **Taxes Motion**. Debtor's Emergency Motion for Entry of an Interim and Final Order (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Docket No. 6]

   Status: An interim order granting the Taxes Motion was entered at Docket No. 43. A proposed final order will be presented to the Court.

<u>Objections</u>:  None.

4.    **Insurance Motion**. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (a) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (b) Renew, Revise, Extend, Supplement, Change or Enter into New Insurance Policies, and (II) Granting Certain Related Relief [Docket No. 7]

<u>Status</u>:   A proposed final order will be presented to the Court.

<u>Objections</u>:  None.

5.    **Cash Management Motion**. Emergency Motion for Entry of Interim and Final Orders Authorizing (I) Continued Use of the Debtor's Existing Cash Management System, (II) Maintenance of Its Existing Bank Accounts, (III) Continued Use of Its Existing Business Forms, and (IV) a Waiver of Certain Deposit and Investment Requirements in 11 U.S.C. § 345(b) and the UST Guidelines [Docket No. 10]

<u>Status</u>:  An interim order granting the Cash Management Motion was entered at Docket No. 35.  A proposed second interim order will be presented to the Court.  This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be presented to the Court.

<u>Objections</u>:  None.

6.    **Cash Collateral Motion**. Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing the Debtor to Use the Cash Collateral of UMB Bank, N.A., as 2014 Bond Trustee; (II) Providing UMB Bank, N.A., as 2014 Bond Trustee, Adequate Protection; and (III) Modifying the Automatic Stay [Docket No. 11]

<u>Status</u>:  An interim order granting the Cash Collateral Motion was entered at Docket No. 36.  A proposed second interim order will be presented to the Court.  This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be presented to the Court.

<u>Objections</u>:  None.

Dated: June 22, 2021
      New York, New York

**SIDLEY AUSTIN LLP**

/s/ *Thomas R. Califano*

Thomas R. Califano
William E. Curtin
Shafaq Hasan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
Email: tom.califano@sidley.com
      wcurtin@sidley.com
      shafaq.hasan@sidley.com

– and –

Jackson T. Garvey
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (212) 853-7036
Email: jgarvey@sidley.com

PROPOSED COUNSEL TO THE DEBTOR
AND DEBTOR-IN-POSSESSION