# Notice Recipients

District/Off: 0207−8            User: admin                    Date Created: 7/9/2021
Case: 8−21−71095−ast          Form ID: pdf000                Total: 2

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee        USTPRegion02.LI.ECF@usdoj.gov

                                                                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty          Jackson Garvey      Sidley Austin LLP      One South Dearborn      Chicago, IL 60603

                                                                            TOTAL: 1