| | |
|---|---|
| Thomas R. Califano | Jackson T. Garvey |
| William E. Curtin | **SIDLEY AUSTIN LLP** |
| Shafaq Hasan | One South Dearborn |
| **SIDLEY AUSTIN LLP** | Chicago, IL 60603 |
| 787 Seventh Avenue | Tel: (312) 853-7000 |
| New York, New York 10019 | Fax: (212) 853-7036 |
| Tel: (212) 839-5300 | Email: jgarvey@sidley.com |
| Fax: (212) 839-5599 | |
| Email: tom.califano@sidley.com | |
|       wcurtin@sidley.com | |
|       shafaq.hasan@sidley.com | |

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AMSTERDAM HOUSE CONTINUING CARE RETIREMENT COMMUNITY, INC.,[1]<br>aka The Amsterdam at Harborside<br>aka The Harborside<br>aka Harborside Legacy Fund<br>aka Harborside Legacy Foundation,<br><br>                Debtor. | Chapter 11<br><br>Case No. 21-71095 (AST) |

## NOTICE OF HEARING TO BE HELD NOVEMBER 3, 2021

     **PLEASE TAKE NOTICE** that as announced on the record at the hearing held on August 25, 2021 at 9:30 a.m. (prevailing Eastern Time), a post-confirmation status hearing will be held in the above-captioned case on **November 3, 2021 at 11:00 a.m. (prevailing Eastern Time)** (the "November Hearing"). The November Hearing may be adjourned or continued from time to time by the Court without further notice other than adjournments announced in open court or as indicated in any notice of agenda of matters scheduled for hearing by the Debtor with the Court.

     **PLEASE TAKE FURTHER NOTICE** that a copy of all filings in the above-captioned chapter 11 case may be obtained by either: (i) accessing the website established by the Debtor's balloting and tabulation agent Kurtzman Carson Consultants LLC at www.kccllc.net/harborside; (ii) calling the Debtor's restructuring hotline toll-free at (888) 733-1431 or (310) 751-2632 internationally; (iii) sending an e-mail to HarborsideInfo@kccllc.com; or (iv) writing to

---

[1] The last four digits of the Debtor's federal tax identification number are 1764. The Debtor's mailing address is 300 East Overlook, Port Washington, New York 11050.

Harborside Ballot Processing Center c/o Kurtzman Carson Consultants LLC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, California 90245. You may also obtain copies of any pleadings filed in this chapter 11 case for a fee via PACER at the Court's website http://www.nyeb.uscourts.gov.

| | |
|---|---|
| Dated: August 26, 2021<br>New York, New York | **SIDLEY AUSTIN LLP**<br><br>/s/ *Thomas R. Califano*<br>Thomas R. Califano<br>William E. Curtin<br>Shafaq Hasan<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br>Email: tom.califano@sidley.com<br>     wcurtin@sidley.com<br>     shafaq.hasan@sidley.com<br><br>– and –<br><br>Jackson T. Garvey<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>Fax: (212) 853-7036<br>Email: jgarvey@sidley.com<br><br>COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION |